**No. 61906.**—Embrusa, Inc. *v.* United States, protests 304935–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the items marked "A" consist of straw hoods, not blocked or trimmed, bleached, dyed, colored, or stained, the claim at 12½ percent ad valorem and 25 cents per dozen under paragraph 1504 (b) (2), as modified, *supra*, was sustained.   The items marked "B," stipulated to consist of straw hoods, not bleached, dyed, colored,

or stained, were held dutiable at 12½ percent ad valorem under paragraph 1504 (b) (1), as modified, *supra*.